# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**141**

**CA 09-02077**

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF ROBERT SILLS AND AUDREY
ELAINE SILLS, AS CO-EXECUTORS OF THE ESTATE
OF ANGELINE V. SILLS, DECEASED,
PETITIONERS-APPELLANTS,

V                                                                           MEMORANDUM AND ORDER

FLEET NATIONAL BANK, JOAN ROYSTON AND
KIRK RICHARDSON, RESPONDENTS-RESPONDENTS.
------------------------------------------------
AUDREY PATRONE PEARTREE, GUARDIAN AD LITEM,
RESPONDENT.
------------------------------------------------
ROBERT SILLS AND AUDREY ELAINE SILLS, AS
CO-EXECUTORS OF THE ESTATE OF ANGELINE V.
SILLS, DECEASED, PLAINTIFFS-APPELLANTS,

V

FLEET BANK AND JOAN ROYSTON,
DEFENDANTS-RESPONDENTS.
------------------------------------------------
AUDREY PATRONE PEARTREE, GUARDIAN AD LITEM,
RESPONDENT.
------------------------------------------------
ROBERT SILLS AND AUDREY ELAINE SILLS, AS
CO-EXECUTORS OF THE ESTATE OF ANGELINE V.
SILLS, DECEASED, PLAINTIFFS-APPELLANTS,

V

JOAN ROYSTON, DEFENDANT-RESPONDENT.
------------------------------------------------
AUDREY PATRONE PEARTREE, GUARDIAN AD LITEM,
RESPONDENT.
(APPEAL NO. 2.)

---

GATES & ADAMS, P.C., ROCHESTER (MICHAEL STEINBERG OF COUNSEL), FOR
PETITIONERS-APPELLANTS AND PLAINTIFFS-APPELLANTS.

MCDONOUGH & ARTZ, P.C., BINGHAMTON (PHILIP J. ARTZ OF COUNSEL), FOR
RESPONDENT-RESPONDENT AND DEFENDANT-RESPONDENT JOAN ROYSTON.

THE WOLFORD LAW FIRM LLP, ROCHESTER (ELIZABETH A. WOLFORD OF COUNSEL),
FOR RESPONDENT.

UNDERBERG & KESSLER LLP, ROCHESTER (PAUL V. NUNES OF COUNSEL), FOR RESPONDENT-RESPONDENT FLEET NATIONAL BANK AND DEFENDANT-RESPONDENT FLEET BANK.

-----------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered June 3, 2009.  The order, among other things, adjudged that all reasonable fees and disbursements incurred by guardian ad litem Audrey Patrone Peartree in an appeal of the court's decision and order dated January 28, 2009 be paid for by the Estate of Angeline V. Sills.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Sills v Fleet Natl. Bank* ([appeal No. 1] ___ AD3d ___ [Feb. 18, 2011]).

Entered:  February 18, 2011                          Patricia L. Morgan
                                                     Clerk of the Court